

*Court Of Appeals*

*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★     ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00308-CV

## IN RE KEVIN KELLY

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
                 Sandee Bryan Marion, Justice
                 Marialynn Barnard, Justice

Delivered and filed: April 28, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On April 19, 2010, relator filed a motion for emergency temporary relief and a petition for writ of mandamus. This court has determined that relator is not entitled to the relief sought. Therefore, both the motion and the petition are DENIED. TEX. R. APP. P. 52.8(a).

Relator shall pay all costs incurred in this proceeding.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-CI-14464, styled *Kevin Kelly v. Dr. Carolyn Walker and Leon Springs Dental Center*, pending in the 37th Judicial District Court, Bexar County, Texas. Although the Honorable David A. Berchelmann is the presiding judge of the 37th Judicial District Court, the Honorable Sol Casseb, III, presiding judge of the 288th Judicial District Court, signed the order at issue.